UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL COUNSEL BUREAU<br>    Dasman Commercial Complex<br>    Block No. 3 -- 8th Floor<br>    Al Sharq<br>    Safat<br>    Kuwait<br><br>    and<br><br>PILLSBURY, WINTHROP, SHAW, PITTMAN, LLP,<br>    2300 N Street, N.W.<br>    Washington, D.C. 20037<br><br>o/b/o FAWZI KHALED ABDULLAH FAHAD AL ODAH; FOUAD MAHMOUD AL RABIAH; KHALID ABDULLAH MISHA'AL AL-MUTAIRI; AND FAYIZ MOHAMMED AHMED AL KANDARI,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE<br>    The Pentagon<br>    Washington, D.C. 20330<br><br>        Defendant. | Civ. Action No. 1:08-cv-01063 (JDB)<br>The Honorable John D. Bates |

## AFFIDAVIT OF SERVICE

I, Emily L. Clark, mailed the summons and complaint certified mail to Michael B. Mukasy, United States Attorney General, on June 20, 2008.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>JUN 2 4 2008 |
| 1. Article Addressed to:<br>Michael B. Mukasy<br>US Attorney General<br>5111 Main Justice Building<br>10th St. and Constitution Ave NW<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  7000 1670 0012 2534 7276 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

*[signature]*
Emily L. Clark
555 Twelfth St. N.W.
Washington D.C.,
20004
202-942-5387
DC Bar #: 245019