UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **INTERNATIONAL COUNSEL BUREAU**<br>    Dasman Commercial Complex<br>    Block No. 3 -- 8th Floor<br>    Al Sharq<br>    Safat<br>    Kuwait<br><br>    **and**<br><br>**PILLSBURY, WINTHROP, SHAW,**<br>**PITTMAN, LLP,**<br>    2300 N Street, N.W.<br>    Washington, D.C. 20037<br><br>o/b/o FAWZI KHALED ABDULLAH<br>FAHAD AL ODAH; FOUAD MAHMOUD<br>AL RABIAH; KHALID ABDULLAH<br>MISHA'AL AL-MUTAIRI; AND FAYIZ<br>MOHAMMED AHMED AL KANDARI,<br><br>        **Plaintiffs,**<br><br>    v.<br><br>**UNITED STATES DEPARTMENT OF**<br>**DEFENSE**<br>    The Pentagon<br>    Washington, D.C. 20330<br><br>        **Defendant.** | Civ. Action No. 1:08-cv-01063 (JDB)<br>The Honorable John D. Bates |

**AFFIDAVIT OF SERVICE**

I, Emily L. Clark, mailed the summons and complaint certified mail to Jeffrey Taylor, United States Attorney, on June 20, 2008.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)<br>JUN 2 4 2008 | B. Date of Delivery |
| | C. Signature<br>X | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Jeffrey Taylor<br>U.S. Attorney<br>Judiciary Center Building<br>555 4th St, NW<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number (Copy from service label)<br>7050 1670 0012 2534 9177 | | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |

*[signature]*
Emily L. Clark
555 Twelfth St. N.W.
Washington D.C., 20004
202-942-5387
DC Bar #: 245019