## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| )<br>**INTERNATIONAL COUNSEL BUREAU** )<br>　　　Dasman Commercial Complex　　　)<br>　　　Block No. 3 -- 8th Floor　　　)<br>　　　Al Sharq　　　)<br>　　　Safat　　　)<br>　　　Kuwait　　　)<br>　　　　　　)<br>　　　**and**　　　)<br>　　　　　　)<br>**PILLSBURY, WINTHROP, SHAW,** )<br>**PITTMAN, LLP,** )<br>　　　2300 N Street, N.W.　　　)<br>　　　Washington, D.C. 20037　　　)<br>　　　　　　)<br>o/b/o FAWZI KHALED ABDULLAH )<br>FAHAD AL ODAH; FOUAD MAHMOUD )<br>AL RABIAH; KHALID ABDULLAH )<br>MISHA'AL AL-MUTAIRI; AND FAYIZ )<br>MOHAMMED AHMED AL KANDARI, )<br>　　　　　　)<br>　　　　　**Plaintiffs,**　　　)<br>　　　　　　)<br>　　　v.　　　)<br>　　　　　　)<br>**UNITED STATES DEPARTMENT OF** )<br>**DEFENSE** )<br>　　　The Pentagon　　　)<br>　　　Washington, D.C. 20330　　　)<br>　　　　　　)<br>　　　　　**Defendant.**　　　)<br>　　　　　　) | **Civ. Action No. 1:08-cv-01063 (JDB)**<br>**The Honorable John D. Bates** |

## AFFIDAVIT OF SERVICE

I, Emily L. Clark, mailed the summons and complaint certified mail to Jeffrey Taylor, United States Attorney, on June 20, 2008.

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Received by *(Please Print Clearly)*  JUN 2 4 2008   B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Jeffrey Taylor
US. Attorney
Judiciary Center Building
555 4th St, NW
Washington, D.C. 20530

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number *(Copy from service label)*
7050 1670 0012 2534 9177

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

Emily L. Clark
555 Twelfth St. N.W.
Washington D.C.,
20004
202-942-5387
DC Bar #: 245019