UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL COUNSEL BUREAU<br>    Dasman Commercial Complex<br>    Block No. 3 -- 8th Floor<br>    Al Sharq<br>    Safat<br>    Kuwait<br><br>    and<br><br>PILLSBURY, WINTHROP, SHAW,<br>PITTMAN, LLP,<br>    2300 N Street, N.W.<br>    Washington, D.C. 20037<br><br>o/b/o FAWZI KHALED ABDULLAH<br>FAHAD AL ODAH; FOUAD MAHMOUD<br>AL RABIAH; KHALID ABDULLAH<br>MISHA'AL AL-MUTAIRI; AND FAYIZ<br>MOHAMMED AHMED AL KANDARI,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>DEFENSE<br>    The Pentagon<br>    Washington, D.C. 20330<br><br>    Defendant. | Civ. Action No. 1:08-cv-01063 (JDB)<br>The Honorable John D. Bates |

## AFFIDAVIT OF SERVICE

I, Emily L. Clark, mailed the summons and complaint certified mail to Robert M. Gates, Secretary of Defense, on June 20, 2008.



## Track/Confirm - Intranet Item Inquiry - Domestic

| Item: 7000 1670 0012 2534 7276 | | Service Calculation Acceptance Date/Time: 06/20/2008 22:16 | |
|---|---|---|---|
| Destination | ZIP Code: 200 | City: | State: |
| Origin | ZIP Code: 20013 | City: WASHINGTON | State: DC |
| Firm Book ID: 5103 0SGU A010 4667 5884 | | | |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 06/24/2008 04:37 | WASHINGTON, DC 20530 | 030SGU9881 |
| | Firm Name: JUSTICE 20530 PU | | |
| | Recipient: 'A JENNINGS' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| NOTICE LEFT | 06/24/2008 03:56 | WASHINGTON, DC 20530 | 030SGSE440 |
| ARRIVAL AT UNIT | 06/24/2008 01:50 | WASHINGTON, DC 20022 | 030SGUA010 |
| ACCEPT OR PICKUP | 06/20/2008 22:16 | WASHINGTON, DC 20013 | 030SGSE493 |

**Enter Request Type and Item Number:**

Quick Search ⦿     Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.



**UNITED STATES POSTAL SERVICE**

**Track/Confirm - Intranet Item Inquiry**
**Item Number: 7000 1670 0012 2534 7276**

**This item was delivered on 06/24/2008 at 04:37**

| | |
|---|---|
| Signature: | *Aaron Jennings* |
| Address: | JUSTICE 20530 |

Enter Request Type and Item Number:

**Quick Search** ⊙      **Extensive Search** ○

Explanation of Quick and Extensive Searches

[Submit]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

*[signature: Emily Clark]*

Emily L. Clark
555 Twelfth St. N.W.
Washington D.C.,
20004
202-942-5387
DC Bar #: 245019