UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL COUNSEL BUREAU,<br>Dasman Commercial Complex<br>Block No. 3, 8th floor<br>Al Sharq, Safat, Kuwait,<br><br>and<br><br>PILLSBURY, WINTHROP, SHAW, PITTMAN, LLP,<br>2300 N Street, N.W.,<br>Washington, DC 20037,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br>1400 Defense Pentagon,<br>Washington, DC 20301,<br><br>Defendant. | Civil Action No.: 08-1063-JDB |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant in the above-captioned case.

/s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov