UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL COUNSEL BUREAU, and<br>PILLSBURY, WINTHROP, SHAW, PITTMAN, LLP,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>　　　　Defendant. | Civil Action No.: 08-1063-JDB |

## NOTICE REGARDING SERVICE

Defendant, the U.S. Department of Defense, respectfully files this Notice to inform the Court of this Office's response to the recently identified problem regarding service of the summons and complaint upon the U.S. Attorney's Office in this case, which arises under the Freedom of Information Act. This Office recently learned of the case and determined that the return of service filed to indicate service on this Office, no. [6], appears to have been received and acknowledged by the mailroom at the Department of Justice, not this Office. It is not clear why this Office was not informed of that service, but in any event, an Assistant U.S. Attorney with this office conferred today with counsel for Plaintiff, and they agreed that this Office will deem the complaint to have been served on this Office as of today, August 28, 2008. Thus Defendant's answer or other response to the complaint is due by Monday, September 29, 2008.

August 28, 2008                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. Bar # 498610
　　　　　　　　　　　　　　　　　　　United States Attorney

                    RUDOLPH CONTRERAS, D.C. Bar # 434122
                    Assistant United States Attorney

                    /s/
                    ALAN BURCH, D.C. Bar # 470655
                    Assistant United States Attorney
                    555 4th St., N.W.
                    Washington, D.C. 20530
                    (202) 514-7204
                    alan.burch@usdoj.gov